JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POTTS,<br><br>        Petitioner,<br><br>vs.<br><br>FERNANDO GONZALEZ, Warden,<br><br>        Respondent. | Case No. CV 08-4570-JFW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 14, 2009

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE